ELEANOR MENDELSOHN et al., Appellants, v. JOHN T. MURPHY, Respondent.—

Rabin, P. J., Hopkins, Latham, Shapiro and Brennan, JJ., concur.

OLGA MILSTEIN et al., Appellants, v. SAMUEL ORTNER, Defendant, and INDEMNITY MARINE ASSURANCE CO., LTD., Respondent.— In

Rabin, P. J., Hopkins, Latham, Shapiro and Brennan, JJ., concur. [65 Misc 2d 649.]